# Exhibit C

LEXICON HOSPITALITY, LLC DBA MICROTEL JO FRANK, LLC

2360 DELK RD SE
MARIETTA GA  30067

**Exhibit C 001**

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
(Georgia)

| NAME AND ADDRESS OF INSURANCE COMPANY | FCCI INSURANCE COMPANY<br>3175 SATELLITE BOULEVARD SUITE 200<br>DULUTH, GA 30096-9019<br>800-805-3737  /  678-441-9792<br><br>AGENCY ID: 03314 - 001 | KIND OF POLICY: Commercial Package Policy |
|---|---|---|
| | | POLICY/APPLICATION/BINDER NO.: CPP0019914 - 1 |
| | | EFFECTIVE DATE OF NOTICE:<br>10/27/2015        at 12:01 a.m.<br>(DATE)        (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) |
| | | DATE OF MAILING: 11/03/2015 |
| NAME AND ADDRESS OF INSURED | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br>2360 Delk Rd SE<br>Marietta, GA 30067-6367 | NAME AND ADDRESS OF AGENT/BROKER:<br>Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200 |

(Applicable item marked "X")

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
See the **"Important Notices"** section for other information that may apply.

☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

**Premium Adjustment**

☐ Unearned premium will be returned to you not later than the effective date of cancellation.
☐ Enclosed is $ _____, being the amount of return premium at pro rata rate for the unexpired term of this policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☒ Other: Refer to policy for premium adjustment conditions

**Nonrenewal**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

**Inquiry to Insurance Company:** Georgia law (Section 33-24-46) provides that we must, upon request, furnish you with the reasons for not renewing your policy. If you wish to assert that the nonrenewal is unlawful, you must file a written notice with us before the nonrenewal becomes effective. The notice to us must specify the manner in which the nonrenewal is alleged to be unlawful. If you do not file the written notice, you may not later assert a claim or action against us based upon an unlawful nonrenewal.

**Nonrenewal Due to Termination of Agency Representation:** If your policy is not being renewed because your present agent no longer represents us, you have the option of procuring coverage through your present agent or retaining your policy with us by applying through another agent of ours. Georgia law (Section 33-24-46) provides that if you locate another agent of ours and apply to us for the renewal of your policy before the nonrenewal becomes effective, we will treat the application as a renewal and not as an application for a new policy.

**Declination**

☐ Your application for the kind of insurance mentioned above has been declined.
See the **"Important Notices"** section below for other information that may apply

**Important Notices**

Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if above marked item indicates such):
Insured's request
_____
_____
_____
_____
_____

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
(Georgia)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY**<br>FCCI INSURANCE COMPANY<br>3175 SATELLITE BOULEVARD SUITE 200<br>DULUTH, GA 30096-9019<br>800-805-3737 / 678-441-9792<br><br>AGENCY ID: 03314 - 001 | **KIND OF POLICY:** Commercial Package Policy<br>**POLICY/APPLICATION/BINDER NO.:** CPP0019914 - 1<br>**EFFECTIVE DATE OF NOTICE:**<br>10/27/2015 at 12:01 a.m.<br>(DATE) (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)<br>**DATE OF MAILING:** 11/03/2015 |
| **NAME AND ADDRESS OF INSURED**<br>Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br>2360 Delk Rd SE<br>Marietta, GA 30067-6367 | **NAME AND ADDRESS OF AGENT/BROKER:**<br>Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200<br>Roswell, GA 30076   Tel: (770) 255-7860 |

**Important Notices cont'd**

☐ **Additional Information Regarding the Reason(s) for Cancellation, Nonrenewal or Declination:**

You have the right to know the specific items of information that support the reasons given for this decision and the identity of the source of that information. You also have the right to see and obtain copies of documents relating to this decision.

If you ask us to correct, amend, or delete any information about you in our files and if we refuse to do so, you have the right to give us a concise statement of what you believe is the correct information. We will put your statement in our file so that anyone reviewing your file will see it.

If you would like additional information concerning this action, state law requires that you submit a written request within ninety (90) business days of the date this notice was mailed to you. Please send your request to:

_____
(Name and address of the person or department to contact for additional information.)

☒ **Replacement Insurance Information:** The policy being cancelled or nonrenewed provides fire, extended coverage and possibly vandalism and malicious mischief insurance. If you wish to replace your policy you should make an effort to obtain insurance through another company in the voluntary market. If you have any difficulty in procuring replacement coverage in the voluntary market you possibly may obtain basic insurance coverage through the Georgia Underwriting Association. For further information please contact your agent or broker or the Association at 415 Horizon Drive, Building 200, Suite 200, Suwanee, GA 30024-3186 (Telephone No. 770/923-7431). This notification is given pursuant to Section 33-24-46 of the Insurance Code.

☒ **Loss Information:** The policy being cancelled or nonrenewed provides commercial risk insurance. A written report of loss history information is being provided to you herewith, or, if not provided herewith, will be provided to you within 30 days of your request. A loss history report includes information on closed and open claims and on notices of occurrence. If you have questions about the loss history report or would like to make a request to receive a report, please contact:

Commercial Underwriting Dept., 3175 Satellite Boulevard, Suite 200, Duluth, GA 30096-9019
(Name and address of the person or department to contact for additional information.)

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (FCRA), as amended, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency:

(Name) _____ (Phone Number) _____
(Address) _____

Please see additional information for a disclosure of your rights under this federal law.

**Additional Information regarding your rights under the federal Fair Credit Reporting Act (FCRA)**
**Pursuant to the FCRA, you are informed that:**

The consumer reporting agency identified on this form did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency would not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain within 60 days of the receipt of this notice a free copy of your consumer report from the consumer reporting agency which has been identified on this form.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within a reasonable period of time reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the FCRA, please refer to The Code of the Laws of the United States of America, Title 15, Chapter 41, Subchapter III, (15 U.S.C. §1681 et seq.).

*Rupert L. Willis*
AUTHORIZED REPRESENTATIVE

LEXICON HOSPITALITY, LLC DBA MICROTEL JO FRANK, LLC

2360 DELK RD SE
MARIETTA GA  30067

**Exhibit C 004**

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
(Georgia)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | FCCI INSURANCE COMPANY<br>3175 SATELLITE BOULEVARD SUITE 200<br>DULUTH, GA 30096-9019<br>800-805-3737  /  678-441-9792<br><br>AGENCY ID: 03314 - 001 |
| **NAME AND ADDRESS OF INSURED** | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br>2360 Delk Rd SE<br>Marietta, GA 30067-6367 |

KIND OF POLICY: Commercial Umbrella
POLICY/APPLICATION/BINDER NO.: UMB0020509 - 1
EFFECTIVE DATE OF NOTICE:
10/27/2015            at 12:01 a.m.
(DATE)            (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)
DATE OF MAILING: 11/03/2015
NAME AND ADDRESS OF AGENT/BROKER:
Regions Insurance Inc
300 Colonial Center Pkwy
Ste 200

(Applicable item marked "X")

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
See the **"Important Notices"** section for other information that may apply.

☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

**Premium Adjustment**

☐ Unearned premium will be returned to you not later than the effective date of cancellation.
☐ Enclosed is $ _____, being the amount of return premium at pro rata rate for the unexpired term of this policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☒ Other: Refer to policy for premium adjustment conditions

**Nonrenewal**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the **"Important Notices"** section.
See the **"Important Notices"** section for other information that may apply.

**Inquiry to Insurance Company:** Georgia law (Section 33-24-46) provides that we must, upon request, furnish you with the reasons for not renewing your policy. If you wish to assert that the nonrenewal is unlawful, you must file a written notice with us before the nonrenewal becomes effective. The notice to us must specify the manner in which the nonrenewal is alleged to be unlawful. If you do not file the written notice, you may not later assert a claim or action against us based upon an unlawful nonrenewal.

**Nonrenewal Due to Termination of Agency Representation:** If your policy is not being renewed because your present agent no longer represents us, you have the option of procuring coverage through your present agent or retaining your policy with us by applying through another agent of ours. Georgia law (Section 33-24-46) provides that if you locate another agent of ours and apply to us for the renewal of your policy before the nonrenewal becomes effective, we will treat the application as a renewal and not as an application for a new policy.

**Declination**

☐ Your application for the kind of insurance mentioned above has been declined.
See the **"Important Notices"** section below for other information that may apply

**Important Notices**

Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if above marked item indicates such):
Insured's request
_____
_____
_____
_____
_____
_____

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
## (Georgia)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | FCCI INSURANCE COMPANY<br>3175 SATELLITE BOULEVARD SUITE 200<br>DULUTH, GA 30096-9019<br>800-805-3737 / 678-441-9792<br><br>AGENCY ID: 03314 - 001 |
| **NAME AND ADDRESS OF INSURED** | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br>2360 Delk Rd SE<br>Marietta, GA 30067-6367 |

**KIND OF POLICY:** Commercial Umbrella
**POLICY/APPLICATION/BINDER NO.:** UMB0020509 - 1
**EFFECTIVE DATE OF NOTICE:** 10/27/2015 at 12:01 a.m.
(DATE) (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)
**DATE OF MAILING:** 11/03/2015
**NAME AND ADDRESS OF AGENT/BROKER:**
Regions Insurance Inc
300 Colonial Center Pkwy
Ste 200
Roswell, GA 30076   Tel: (770) 255-7860

**Important Notices cont'd**

☐ **Additional Information Regarding the Reason(s) for Cancellation, Nonrenewal or Declination:**
You have the right to know the specific items of information that support the reasons given for this decision and the identity of the source of that information. You also have the right to see and obtain copies of documents relating to this decision.

If you ask us to correct, amend, or delete any information about you in our files and if we refuse to do so, you have the right to give us a concise statement of what you believe is the correct information. We will put your statement in our file so that anyone reviewing your file will see it.

If you would like additional information concerning this action, state law requires that you submit a written request within ninety (90) business days of the date this notice was mailed to you. Please send your request to:

_____
(Name and address of the person or department to contact for additional information.)

☐ **Replacement Insurance Information:** The policy being cancelled or nonrenewed provides fire, extended coverage and possibly vandalism and malicious mischief insurance. If you wish to replace your policy you should make an effort to obtain insurance through another company in the voluntary market. If you have any difficulty in procuring replacement coverage in the voluntary market you possibly may obtain basic insurance coverage through the Georgia Underwriting Association. For further information please contact your agent or broker or the Association at 415 Horizon Drive, Building 200, Suite 200, Suwanee, GA 30024-3186 (Telephone No. 770/923-7431). This notification is given pursuant to Section 33-24-46 of the Insurance Code.

☒ **Loss Information:** The policy being cancelled or nonrenewed provides commercial risk insurance. A written report of loss history information is being provided to you herewith, or, if not provided herewith, will be provided to you within 30 days of your request. A loss history report includes information on closed and open claims and on notices of occurrence. If you have questions about the loss history report or would like to make a request to receive a report, please contact:

Commercial Underwriting Dept., 3175 Satellite Boulevard, Suite 200, Duluth, GA 30096-9019
(Name and address of the person or department to contact for additional information.)

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (FCRA), as amended, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency:
(Name) _____ (Phone Number) _____
(Address) _____

Please see additional information for a disclosure of your rights under this federal law.

**Additional Information regarding your rights under the federal Fair Credit Reporting Act (FCRA)**
**Pursuant to the FCRA, you are informed that:**

The consumer reporting agency identified on this form did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency would not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain within 60 days of the receipt of this notice a free copy of your consumer report from the consumer reporting agency which has been identified on this form.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within a reasonable period of time reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the FCRA, please refer to The Code of the Laws of the United States of America, Title 15, Chapter 41, Subchapter III, (15 U.S.C. §1681 et seq.).

*Rupert L. Willis*
AUTHORIZED REPRESENTATIVE