# Exhibit D

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change Number

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP0019914    1 | 02/27/2015 | FCCI INSURANCE COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br><br>2360 Delk Rd SE<br>Marietta, GA 30067-6367 | 03314-001<br>Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200<br>Roswell, GA 30076 |

COVERAGE PARTS AFFECTED  ALL

CHANGES

UPDATED NAME TO READ:

Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC

3-17-15 JB

_____
Authorized Representative Signature

IL 12 01 11 85
UT:  1426

Copyright, Insurance Services Office, Inc.,   1983
Copyright, ISO Commercial Risk Services, Inc.,   1983

**Page 1 of 1**
**Seq. Num:** 1

Exhibit D 001

POLICY NUMBER:

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| |
|---|
| **Terrorism Premium (Certified Acts) $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):** |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.



**FCCI INSURANCE COMPANY**
3175 SATELLITE BOULEVARD SUITE 200
DULUTH GA 30096-9019
800-805-3737
678-441-9792

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | CPP0019914  1 | **AGENCY ID:** | 03314-001 |
| **NAMED INSURED:** | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC | **AGENT:** | Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200<br>Roswell, GA 30076 |
| **MAILING ADDRESS:** | 2360 Delk Rd SE<br>Marietta, GA 30067-6367 | | (770) 255-7860 |

| | |
|---|---|
| **POLICY PERIOD:** | **FROM:** 02/27/2015  **TO:** 02/27/2016  AT 12:01 A.M. Standard time at your mailing address shown above. |
| **PREVIOUS POLICY NUMBER:** | **ISSUE STATUS:** New Business |
| **BUSINESS DESCRIPTION:** Limited Liability Company (LLC) | **AUDIT PERIOD:** Annual |

**PLEASE REFER TO PAGE 2 FOR LOCATION, LIMITS, COVERAGE, MORTGAGEE INFORMATION.**

**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

Commercial Property Coverage Part Declarations  1-UNPR-9544-MU-04,  04/04

| | |
|---|---:|
| TOTAL ENDORSEMENT PREMIUM | $1,612.00 |
| TOTAL ADVANCE PREMIUM | $12,776.00 |
| *(SUBJECT TO AUDIT)* | |
| PAY PLAN | 10% Down & 10 Installments |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit D 003**

**MORTGAGE HOLDER(S):**

| PREMISE NO. | BUILDING. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | FIRST INTERCONTINENTAL BANK 5593 BUFORD HWY NE Atlanta, GA 30340-1225 |

**PREMISES NO:** 1  
**BUILDING NO:** 1  
**LOCATION:** 1348 Joe Frank Harris Pkwy SE Cartersville, GA 30120-4221  

**CONSTRUCTION:** Frame  
**OCCUPANCY:** 0747* HOTELS-4 STORIES OR MORE  

| COVERAGE | LIMIT OF INSURANCE | COINSURANCE | COVERED CAUSES OF LOSS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|---|
| Building Valuation | $3,800,000 Replacement Cost | 100% | Special Incl Theft | $2,500 | $7,410 |
| Business Personal Property - Including Stock Valuation | $1,500,000 Replacement Cost | 100% | Special Incl Theft | $2,500 | $2,998 |
| Business Income and Extra Expense Combined(Other than rental value) | $300,000 | 100% | Special Incl Theft | | $567 |

1-UNPR-9544-MU-04, 11/08  PREPARED: 03-17-2015  Page 2 of 6
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit D 004



POLICY NUMBER: CPP0019914  1

# *Premier Package Policy*
## PREMIER PROPERTY FOR HOTELS AND MOTELS
## SUPPLEMENTAL DECLARATIONS

The limits of insurance shown below are the most we will pay for each coverage in any one occurrence regardless of the number of covered locations and regardless of the number of claims. Please refer to the underlying coverage form(s) for specific coverage grants, exclusions and conditions.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | Premier Property Blanket Limit of Insurance $ 250,000 |
| Brands and Labels | |
| Electronic Data Processing Equipment, Media and Extra Expense | |
| Claims Expense | |
| Fine Arts | |
| Inventory or Appraisal Expense | |
| Manufacturers Consequential Loss | |
| Personal Effects | |
| Property Off-Premises | |
| Valuable Papers and Records | |

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Additional Covered Property<br>• Foundations of Buildings, Structures, Machinery or Boilers<br>• Patterns, Dies, Molds and Forms<br>• Personal Property of Others<br>• Signs (Attached & Non-Attached), Fences and Antennas<br>• Tenants Glass<br>• Underground Pipes, Flues or Drains | Included |
| Arson, Vandalism or Theft Reward | $30,000 |
| Back Up of Sewers or Drains | $25,000 |
| BPP Seasonal Increase | +25% |
| Contractual Penalties | $25,000 |
| Credit Card Slips | $10,000 |
| Debris Removal | $50,000 |
| Employee Theft | $25,000 |
| Equipment Rental Reimbursement | $10,000 |
| Exhibition Risks | $25,000 |
| Fire Department Service Charge | $25,000 |
| Fire Protective Equipment Discharge | $25,000 |
| Forgery and Alteration | $25,000 |
| Inflation Guard – Building | 3% |
| Lock Repair | $5,000 |

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Money and Securities | |
| • Inside | $25,000 |
| • Outside | $15,000 |
| Money Orders and Counterfeit Money | $1,000 |
| Newly Acquired or Constructed Property | |
| • Building | $1,000,000 |
| • BPP | $1,000,000 |
| Non-Owned Building Damage by Theft | $10,000 |
| Ordinance or Law – Limited | $50,000 or 5% |
| Outdoor Property | |
| • Per Tree, Shrub or Plant | $2,500 |
| • Max Limit | $50,000 |
| Preservation of Property | 90 Days |
| Pollutant Clean Up and Removal | $50,000 |
| Property in Transit | $50,000 |
| Property Installation | $2,500 |
| Salesperson Samples | $25,000 |
| Spoilage | $25,000 |
| Utility Services – Direct Damage | $25,000 |

## HOTELS AND MOTELS COVERAGE

The limits of insurance shown below are the most we will pay for each coverage in any one occurrence regardless of the number of covered locations and regardless of the number of claims.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Damage to Customer's Autos | |
| • Per Auto | $5,000 |
| • Per Policy | $15,000 |
| Food Contamination Shutdown | |
| • Business Income & Extra Expense | $50,000 |
| • Additional Advertising Expense | $5,000 |
| Reservation Systems – Business Income | $100,000 |
| Refrigerated Property in Transit | $25,000 |
| Guests Evacuation Expense | $25,000 |
| Guests Property | |
| • Any One Occurrence | $25,000 |
| • Any One Guest | $5,000 |
| Alternate Key Systems | $250,000 |
| Customer Inconvenience Remuneration Expense | $25,000 |



POLICY NUMBER: CPP0019914  1

# *Premier Package Policy*
## PREMIER BUSINESS INCOME
## SUPPLEMENTAL DECLARATIONS

The limits of insurance shown below are the most we will pay for each coverage in any one occurrence regardless of the number of covered locations and regardless of the number of claims.  Please refer to the underlying coverage form(s) for specific coverage grants, exclusions and conditions.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Dependent Properties | Premier Business Income Blanket Limit of Insurance $250,000 |
| Interruption of Computer Operations | |
| Newly Acquired Locations | |
| Ordinance or Law | |
| Spoilage | |
| Transit | |
| Utility Services – Time Element | |

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Civil Authority | 30 Days |
| Ingress or Egress | 30 Days |

## SUMMARY OF ENDORSEMENTS

**APPLICABLE TO ALL COVERAGES**

1-UNPR-9544-MU-04, 11/08      Commercial Property Coverage Part Declarations
1-UNCP-9569-NA-04, 09/11      Premier Property For Hotels And Motels Supplemental Declarations
1-UNCP-9573-NA-04, 09/11      Premier Business Income Supplemental Declarations
IL 09 85 (01 08) - Disclosure Pursuant To Terrorism Risk Insurance Act
    Reject Premium: $189

**APPLICABLE TO SPECIFIC STATES**

**STATE:** GA

CP 00 90 (07/88) - Commercial Property Conditions
CP 01 31 (11/03) - Georgia Changes
CP 01 40 (07/06) - Exclusion of Loss Due to Virus or Bacteria Endorsement
CP 10 32 (08/08) - Water Exclusion Endorsement
IL 00 03 (09/07) - Calculation of Premium
IL 00 17(11/98) - Common Policy Conditions
IL 02 62 (09 07) - Georgia Changes - Cancellation and Non Renewal
IL 09 35 (07/02) - Exclusion of Certain Computer-Related Losses
IL 09 53 (01 08) - Exclusion Of Certified Acts Of Terrorism
CFP 006 (02/10) - Equipment Breakdown   Endorsement
    The information that follows completes the schedule portion of this endorsement. This endorsement modifies your coverage. Please refer to the above numbered endorsement (attached) for details.
    Premium: $ 1,064

**APPLICABLE TO SPECIFIC PREMISES/COVERAGES**

**Loc:    1    1348 Joe Frank Harris Pkwy SE Cartersville, GA 30120-4221**

CFP 025 (09/11) - Premier Business Income Endorsement
    Premium: $ 28
    Blanket Limit: $ 250,000
CFP 027 (09/11) - Premier Property for Hotel and Motels Endorsement
    Premium: $ 520
    Blanket Limit: $ 250,000

**Loc.  1       Bldg.  1    1348 Joe Frank Harris Pkwy SE Cartersville, GA 30120-4221**

CP 00 30 (04/02) - Business Income (and Extra Expense) Coverage Form
CP 12 18 (06/95) - Loss Payable Provisions
IL 04 15 (04/98) - Protective Safeguards
    The information that follows completes the schedule portion of this endorsement. This endorsement modifies your coverage. Please refer to the above numbered endorsement (attached) for details.
    Protective Safeguards Symbols Applicable: P-1 Automatic Sprinkler System
CP 00 10 (04/02) - Building and Personal Property Coverage Form
CP 10 30 (04/02) - Cause of Loss Special Form

1-UNPR-9544-MU-04, 11/08      PREPARED: 03-17-2015      Page 6 of 6
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit D 008**

| POLICY NUMBER: CPP0019914 1 | IL 09 53 01 08 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

```
BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY
```

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| Georgia, Illinois, Missouri, North Carolina | Commercial Property Coverage Part |
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

| IL 09 53 01 08 | © ISO Properties, Inc., 2007 | Page 1 of 2 |

**Exhibit D 009**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Exhibit D 010



**FCCI INSURANCE COMPANY**
3175 SATELLITE BOULEVARD SUITE 200
DULUTH GA 30096-9019
800-805-3737
678-441-9792

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | CPP0019914  1 | **AGENCY ID:** | 03314-001 |
| **NAMED INSURED:** | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC | **AGENT:** | Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200<br>Roswell, GA 30076 |
| **MAILING ADDRESS:** | 2360 Delk Rd SE<br>Marietta, GA 30067-6367 | | (770) 255-7860 |

| | | | | | |
|---|---|---|---|---|---|
| **POLICY PERIOD:** | **FROM:** | 02/27/2015 | **TO:** | 02/27/2016 | AT 12:01 A.M. Standard time at your mailing address shown above. |
| **PREVIOUS POLICY NUMBER:** | | | **ISSUE STATUS:** | | New Business |
| **BUSINESS DESCRIPTION:** | | Limited Liability Company (LLC) | **AUDIT PERIOD:** | | Annual |

**LIMITS OF INSURANCE:**

| | | |
|---|---:|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
|     DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | Any one premises |
|     MEDICAL EXPENSE LIMIT | $5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | Included in General Aggregate Limit | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| 1 | 1348 Joe Frank Harris Pkwy SE Cartersville, GA 30120-4221 |

**SEE SCHEDULE OF OPERATIONS ON PAGE 2.**
**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

Commercial General Liability Coverage Part Declarations        1-UNGL-9512-MU-04, 04/04

| | | |
|---|---|---:|
| a - Area (per thousand) | TOTAL ENDORSEMENT PREMIUM | $280.00 |
| p - Payroll (per thousand) | TOTAL ADVANCE PREMIUM | $2,202.00 |
| s - Gross Sales (per thousand) | PAY PLAN    10% Down & 10 Installments | |
| u - Unit | | |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit D 011**

| Location Number | Code Number/Classification | Premium Base | Prem/Ops Rate | Prem/Ops Advance Premium | Prod/Comp Ops Rate | Prod/Comp Ops Advance Premium |
|---|---|---|---|---|---|---|
| 1 | 45193 HOTELS-W/O POOL-4 STORY & MORE - Products-completed operations are subject to the General Aggregate Limit. | Gross Sales (s) $530,000 | 3.627 | $1,922.00 | | |

1-UNGL-9512-MU-04, 04/04        PREPARED: 03-17-2015    PAGE 2 OF 4
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit D 012**



FCCI INSURANCE COMPANY
3175 SATELLITE BOULEVARD SUITE 200
DULUTH GA 30096-9019
800-805-3737
678-441-9792

# COMMERCIAL EMPLOYMENT PRACTICES LIABILITY
## INSURANCE COVERAGE SUPPLEMENTAL DECLARATIONS

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | CPP0019914 | **AGENCY ID:** | 03314-001 |
| **NAMED INSURED** | Lexicon Hospitality, LLC dba Microtel Jo | **AGENT:** | Regions Insurance Inc |
| **MAILING ADDRESS:** | 2360 Delk Rd SE | | |
| **BUSINESS ENTITY:** | Limited Liability Company (LLC) | | |

**NOTICE**

- This is a claims-made and reported policy. Except to such extent as may otherwise be provided herein, this EPL coverage is limited to liability for only those claims or suits that are first made against the insureds during the EPL coverage period and reported in writing to the insurer pursuant to the terms herein. Various provisions in this EPL coverage restrict coverage. Please read the entire EPL coverage form carefully to determine rights, duties and what is and is not covered.

- The limit of liability available to pay judgments or settlements under this EPL coverage shall be reduced by amounts incurred for defense costs. Amounts incurred for defense costs shall be applied against the deductible amount.

| | | |
|---|---|---|
| **EPL COVERAGE PERIOD:** From: 02/27/2015  To: 02/27/2016 | | AT 12:01 A.M. Standard time at your mailing address shown above. |
| **EPL AGGREGATE LIMIT OF LIABILITY** | $ 100,000 | Annual aggregate for all "loss" combined, including "defense costs." |
| **EPL DEDUCTIBLE AMOUNT:** | $ 2,500 | For "loss" arising from claims or suits alleging the same "wrongful employment act" or "related wrongful employment acts." |
| **EPL RETROACTIVE DATE:** | | If no date is shown, "we" will consider the EPL Retroactive Date to be the date of organization of the "named insured". The EPL Retroactive Date will remain the same through all subsequent renewals. No change will be made to the EPL Retroactive Date unless at the sole request of the insured. |
| **EPL COVERAGE PREMIUM:** | $ 150 | EPL Premium for the EPL Coverage Period |
| **THIRD PARTY VIOLATIONS PREMIUM (OPTIONAL):** | $ 30 | If coverage for "third party violations" has been paid for, the premium will be shown and coverage is in force. Otherwise, there is no coverage available for "third party violations." |
| **TOTAL EPL COVERAGE PREMIUM:** | $ 180 | |

This insurance does not apply to "loss" arising out of a "wrongful employment act" that arises out of incidents or circumstances of which "you" had knowledge prior to the effective date of this EPL Coverage or the first EPL Coverage Form issued by "us" of which this EPL Coverage is an uninterrupted renewal.

## SUMMARY OF ENDORSEMENTS

**APPLICABLE TO ALL COVERAGES**

1-UNGL-9512-MU-04, 04/04     Commercial General Liability Coverage Part Declarations

**APPLICABLE TO SPECIFIC STATES**

**STATE:** GA

CG 00 01 (12/07) Commercial General Liability Coverage
CG 00 99 (11/85) - Changes in General Liability Forms for CPP
CG 21 49 (09/99) - Total Pollution Exclusion
CG 21 67 (12/04) - Fungi Or Bacteria Exclusion
CG 21 73 (01 08) - Exclusion of Cert Acts of Terrorism
CG 21 86 (12/04) - Exclusion - Exterior Insulation and Finish Systems
CGL 025 (11 08) - Addl Insured-Primary/Non-Contributory Coverage
CGL 029 (12/05) - Ltd Fungi Or Bacteria Cov With Amended Duty To Defend
     Premium: $100
CGL 064 (11/08) - Employment Related Practices Exclusion
CGL 093 (09/11) - Premier Liability Endorsement
CGL 123 (10/13) - Employment Practices Liability Insurance Coverage Endo
CGL 126 (10/13) - Georgia Changes
IL 00 03 (09/07) - Calculation of Premium
IL 00 17(11/98) - Common Policy Conditions
IL 00 21 (07/02) - Nuclear Energy Exclusion (Broad Form)
IL 008 (11/08) - Total Lead Exclusion
IL 009 (11/08) - Total Asbestos Exclusion
IL 013 (12/06) - Two Or More Coverage Forms Or Policies Issued By Us
IL 02 62 (09/07) Georgia Changes - Cancellation And Nonrenewal

**APPLICABLE TO SPECIFIC PREMISES/COVERAGES**

**LOCATION:**   1    1348 Joe Frank Harris Pkwy SE Cartersville, GA 30120-4221
CG 20 08 (11/85) - Additional Insured - Users of Golfmobiles
CG 24 16 (12 07) - Canoes Or Rowboats

1-UNGL-9512-MU-04, 04/04                                                                              PREPARED: 03-17-2015        PAGE 4 OF 4
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit D 014**