# Exhibit E

POLICY NUMBER: UMB0020509    1                    COMMERCIAL LIABILITY UMBRELLA
                                                  CU 22 40 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

---

Effective Date of Change:   02/27/2015
Change Endorsement No.:
Named Insured:   Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC

The following item(s):

| [X] Insured's Name | [ ] Insured's Mailing Address |
| [ ] Policy Number | [ ] Company |
| [ ] Effective/Expiration Date | [ ] Insured's Legal Status/Business of Insured |
| [ ] Payment Plan | [ ] Premium Determination |
| [ ] Additional Interested Parties: | [ ] Coverage Forms and Endorsements |
| [ ] Limits/Exposures | [ ] Self-Insured Retention |
| [ ] Covered Property/Located Description | [ ] Classification/Class Codes |
| [ ] Rates | [ ] Underlying Insurance |

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

[X] **NO CHANGES**    [ ] **TO BE ADJUSTED AT AUDIT**    **ADDITIONAL PREMIUM**  $    **RETURN PREMIUM**  $

---

Endorsement Effective:  02/27/2015                Countersigned By:  03314-001
                                                  Regions Insurance Inc
                                                  300 Colonial Center Pkwy
Named Insured:  Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC        Ste 200
                                                  (Authorized Representative)

---

CU 22 40 12 04              © ISO Properties, Inc., 2004              Page 1 of 2
UT:   1426                                        Exhibit E 001   Seq. Num: 1

| **POLICY CHANGES ENDORSEMENT DESCRIPTION** |
|---|
| UPDATED NAME TO READ:<br><br>Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC<br><br>3-17-15 JB |

Page 2 of 2  © ISO Properties, Inc., 2004  CU 22 40 12 04  ☐

**Exhibit E 002**



**FCCI INSURANCE COMPANY**
3175 SATELLITE BOULEVARD SUITE 200
DULUTH GA 30096-9019
800-805-3737
678-441-9792

# COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | UMB0020509  1 | **AGENCY ID:** | 03314-001 |
| **NAMED INSURED:** | Lexicon Hospitality, LLC dba Microtel Jo Frank, LLC | **AGENT:** | Regions Insurance Inc<br>300 Colonial Center Pkwy<br>Ste 200<br>Roswell, GA 30076 |
| **MAILING ADDRESS:** | 2360 Delk Rd SE<br>Marietta, GA 30067-6367 | | (770) 255-7860 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **POLICY PERIOD:** | **FROM:** | 02/27/2015 | **TO:** | 02/27/2016 | AT 12:01 A.M. Standard time at your mailing address shown above. | |
| **BUSINESS DESCRIPTION:** | | Hotel | | **ISSUE STATUS:** | New Business | |
| **ENTITY:** | | Limited Liability Company (LLC) | | **AUDIT PERIOD:** | Not Applicable | |

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | |
|---|---|
| Each Occurrence Limit (Liability Limit) | $5,000,000 |
| Personal and Advertising Injury Limit | $5,000,000 |
| Aggregate Limit (Liability Limit) (except with respect to "covered auto") | $5,000,000 |

**RETAINED LIMIT:**

| | |
|---|---|
| 1. Self Insured Retention | $10,000 |

2. Schedule Of Underlying Insurance

This schedule is described on form 1-UNCUM-9549-MU-04,  07/11 which forms a part of this policy's declaration

**POLICY FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION**

See Summary of Endorsements

**PREMIUM BASIS**

    X    Flat Charge

| | |
|---|---|
| **ADVANCE PREMIUM** | $5,250.00 |
| **TOTAL PREMIUM** | $5,250.00 |
| **MINIMUM PREMIUM** | $5,250.00 |
| **PAY PLAN** | 10% Down & 10 Installments |

1-UNCUM-9549-MU-04,  07/11    Insured Copy    PREPARED: 03-17-2015    PAGE 1 OF 4
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit E 003

This document forms a part of, completes, and executes the referenced policy. The declarations or information pages, together with the common policy conditions, coverage parts, forms and endorsements, if any, issued to form a part thereof, completes the policy. In witness thereof, the Company attests these documents as the entire contract of insurance, and executes same on behalf of the company.

This policy shall not be valid unless also countersigned by the duly authorized Agent of this company at the agency hereinbefore mentioned, if required by state law.

Signed by: _Craig Johnson_  
             Craig Johnson, President

Countersigned by: _____  
             *(Authorized Representative)*

Date: 02/27/2015

Date: _____

1-UNCUM-9549-MU-04,  07/11          Insured Copy          PREPARED: 03-17-2015     PAGE 2 OF 4

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit E 004**

## SUMMARY OF ENDORSEMENTS

**POLICY FORMS AND ENDORSEMENTS**

**1-UNCUM-9549-MU-04,  07/11        Commercial Liability Umbrella Declarations**

CU 21 33 (01 08) - Exclusion Of Cert Acts Of Terrorism

CU 00 01 (12 07) - Commercial Liability Umbrella Coverage Form

CU 01 48 (09 00) Georgia Changes

CU 02 22 (09 00) Georgia Changes - Cancellation & Non Renewal Endorsement

CU 21 23 (02 02) - Nuclear Energy Liab Exc End

CU 21 42 (12 04) Exclusion - Exterior Insulation & Finish System

CU 24 36 (12 05) Products-Completed Operations Aggregate Limit Of Insurance

IL 00 17 (11 98) Common Policy Conditions

IL 008 (11 08) - Total Lead Exclusion

IL 009 (11 08) - Total Asbestos Exclusion

UMB 073 (08 07) Exclusion - Directors and Officers Liability

UMB 120 (08 07) Exclusion - Employee Benefit Errors & Omissions

1-UNCUM-9549-MU-04,  07/11                    Insured Copy                    PREPARED: 03-17-2015        PAGE 3 OF 4
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Exhibit E 005**

POLICY NUMBER: UMB0020509    1

**SCHEDULE OF UNDERLYING INSURANCE**

| NAME OF UNDERLYING INSURER UNDERLYING POLICY NUMBER UNDERLYING POLICY PERIOD | COVERAGE | LIMIT OF INSURANCE (UNDERLYING LIMIT) |
|---|---|---|
| Not Applicable | Commercial Automobile Liability | Bodily Injury<br>　　　　　　　　each person<br>　　　　　　　　each accident<br>Property Damage<br>　　　　　　　　each accident<br>Combined Single Limit<br>　　　　　　　　each accident |
| Not Applicable | Employers Liability or Stop Gap | Bodily Injury By Accident<br>　　　　　　　　each accident<br>Bodily Injury By Disease<br>　　　　　　　　policy limit<br>　　　　　　　　each employee |
| FCCI INSURANCE COMPANY<br><br>CPP0019914<br>02/27/2015 TO 02/27/2016 | Commercial General Liability<br>☒ Occurrence Form<br>☐ Claims-Made Form | Each Occurrence Limit<br>$1,000,000<br>Personal and Advertising Injury Limit<br>$1,000,000<br>General Aggregate Limit<br>$2,000,000<br>Products-Completed Operations Aggregate Limit<br>Not Applicable |
| | Businessowners Liability | Per Occurrence Limit<br><br>Other Than Products-Completed Operations Aggregate Limit<br><br>Products-Completed Operations Aggregate Limit |
| | ☐ Liquor Liability | Aggregate Limit |
| | ☐ Employee Benefits Liability | Aggregate Limit |
| | ☐ Garage | Each "Accident" "Garage Operations"<br>　Auto Only _____<br>　Other Than "Auto" Only _____<br>Aggregate "Garage Operations"<br>　Other Than Auto Only _____ |
| | ☐ Other<br>_____<br>_____ | Applicable Coverages<br>$_____<br>$_____ |

1-UNCUM-9549-MU-04, 07/11　　　Insured Copy　　　PREPARED: 03-17-2015　　PAGE 4 OF 4
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit E 006