# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | |
| | ) | 4:25-CV-00316-WMR |
| LEXICON HOSPITALITY, LLC; and | ) | |
| MICROTEL JOE FRANK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL FOR DEFENDANTS

PLEASE BE ADVISED that Peter Schoenthaler of the law firm of Peter F. Schoenthaler, P.C., hereby enters special appearance as lead counsel on behalf of Defendants pursuant to Local Rule 83.1(D)(1) of the Civil Local Rules of the United States District Court for the Northern District of Georgia.

Undersigned counsel respectfully request that all parties and this Court copy the undersigned on any and all further pleadings, motions, orders, notices, and any other such matters pertaining to this case at the following addresses or via the CM/ECF electronic filing system:

> Peter Schoenthaler
> **PETER F. SCHOENTHALER, P.C.**
> 6400 Powers Ferry Road NW
> Suite 230
> Atlanta, Georgia 30339
> (404) 229-4114 Telephone

pfs@schoenthalerlaw.com

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

_/s/  Peter Schoenthaler_
Peter Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
_Attorney for Defendants_

## <u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

*/s/ Peter Schoenthaler*
Peter Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
*Attorney for Defendants*