# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | |
| ) | 4:25-CV-00316-WMR |
| LEXICON HOSPITALITY, LLC; and ) | |
| MICROTEL JOE FRANK, LLC, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF SPECIAL APPEARANCE OF COUNSEL FOR DEFENDANTS</u>**

PLEASE BE ADVISED that Christopher Rosser of the law firm of Peter F. Schoenthaler, P.C., hereby enters special appearance as counsel on behalf of Defendants pursuant to Local Rule 83.1(D)(1) of the Civil Local Rules of the United States District Court for the Northern District of Georgia.

Undersigned counsel respectfully request that all parties and this Court copy the undersigned on any and all further pleadings, motions, orders, notices, and any other such matters pertaining to this case at the following addresses or via the CM/ECF electronic filing system:

>Christopher Rosser
>**PETER F. SCHOENTHALER, P.C.**
>6400 Powers Ferry Road NW
>Suite 230
>Atlanta, Georgia 30339
>(770) 823-4820 Telephone

1

crosser@schoenthalerlaw.com

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

　/s/　Christopher Rosser
Christopher Rosser, Esq.
Georgia Bar No. 761317
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (770) 823-4820
crosser@schoenthalerlaw.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 4th day of December, 2025.

**PETER F. SCHOENTHALER, P.C.**

 /s/  Christopher Rosser
Christopher Rosser, Esq.
Georgia Bar No. 761317
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (770) 823-4820
crosser@schoenthalerlaw.com
*Attorney for Defendants*