**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXICON HOSPITALITY, LLC; and<br>MICROTEL JOE FRANK, LLC,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No.:<br><br>4:25-CV-00316-WMR |

**DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(5)**

COME NOW Defendants Lexicon Hospitality, LLC ("Lexicon") and Microtel Joe Frank, LLC ("Microtel") (collectively, "Defendants"), by and through undersigned counsel, and submit this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5), respectfully showing the Court as follows:

## I. STATEMENT OF FACTS

Plaintiff filed its Complaint for Declaratory Judgment on November 4, 2025. On August 5, 2026, Plaintiff filed a Proof of Service with respect to Microtel, indicating that service of documents including the Summons and Complaint were personally served upon "the individual at 3920 Trammel Drive, Cumming, GA 30041" on August 1, 2026. [*See* Doc. 9, p.1.]. The Proof of Service indicates that

the summons is for "Mohammed Sadrul Amin as owner of Microtel Joe Frank LLC." [Doc. 9, p. 1.].

Also on August 5, 2026, Plaintiff filed a Proof of Service with respect to Lexicon, indicating that service of documents including the Summons and Complaint were served upon "Mohammed Sadrul Amin, who is designated by law to accept service of process on behalf of Mohammed Sadrul Amin as owner of Lexicon Hospitality LLC" on August 1, 2026. [*See* Doc. 10, p.1.]. The Proof of Service indicates that the summons is for "Mohammed Sadrul Amin as owner of Lexicon Hospitality LLC." [Doc. 10, p. 1.].

Plaintiff alleges in its Complaint that both Lexicon and Microtel "[have] been administratively dissolved." [*See* Doc. 1, ¶¶ 2, 3.]. To be precise, Lexicon was administratively dissolved on October 28, 2022, and Microtel was administratively dissolved on September 30, 2021. [*See* Certificates of Administrative Dissolution/Revocation for Lexicon and Microtel, attached hereto respectively as Exhibit A and Exhibit B.].

The registered agent for both Lexicon and Microtel is Richard Evins, whose registered addresses are (as to Lexicon) 406 Ridley Avenue, LaGrange, GA 30240, and (as to Microtel) 53 Washington Street, Fairburn, GA 30213. [*See* Records of the Georgia Secretary of State, attached hereto respectively as Exhibit C and Exhibit D.].

## II. ARGUMENT AND CITATION OF AUTHORITY

A Motion to Dismiss under Fed. R. Civ. P. 12(b)(5) "is the proper vehicle for challenging the mode of delivery, the lack of delivery, or the timeliness of delivery of the summons and complaint." *Smith v. Lifeline Animal Project, Inc.*, 1:22-cv-2325-SEG, 2024 WL 1243022 at * 2 (N.D. Ga. February 16, 2024). "A defendant challenging the sufficiency of service has the burden of showing that the service was improper." *Lifeline Animal Project, Inc.*, 2024 WL 1243022 at * 2.

Establishing proper service of process is critical to the administration of a civil action, because "[w]here service of process is insufficient, the Court lacks jurisdiction over the person of the defendant in question." *Lifeline Animal Project, Inc.*, 2024 WL 1243022 at * 1, *citing Pardazi v. Cullman Med. Center*, 896 F.2d 1313, 1317 (11th Cir. 1990).

### A. Requirement of Service of Process

Fed. R. Civ. P. 4(h) provides in pertinent part that service addressed to entities (including limited liability companies) be made upon "an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(h).

**B. Plaintiff has not served any person authorized by law to receive service of process on behalf of the Defendants.**

1. Plaintiff has not served Defendants' Registered Agent.

The Georgia Limited Liability Company Act requires that all limited liability companies have a "registered agent for service of process on the limited liability company." O.C.G.A. § 14-11-209(a). The administrative dissolution of Lexicon and Microtel does not affect the registered agent's authority to receive service on behalf of the companies. *See* O.C.G.A. § 14-11-603(b)(3) ("The administrative dissolution of a limited liability company does not terminate the authority of its registered agent.").

As discussed in section I, *supra*, Richard Evins is the registered agent for both Lexicon and Microtel, and Mr. Evins retains his authority to accept service pursuant to O.C.G.A. § 14-11-603(b)(3). There is no indication in the record of this case that Plaintiff has served Defendants' registered agent, Richard Evins, in any manner, and therefore Plaintiff has not perfected service in accordance with Fed. R. Civ. P. 4(h).

2. Plaintiff's service upon Mohammed Sadrul Amin is ineffective under Georgia law.

Unlike corporations, officers and owners of limited liability companies are immediately divested of any authority to act for or on behalf of such companies upon the company's dissolution, except as necessary to wind up the company's affairs or to complete transactions begun and not yet finished. *See* O.C.G.A. § 14-11-604(b)

("Except as may be appropriate to wind up the limited liability company's affairs or to complete transactions begun by not then finished, dissolution terminates all authority of every person to act for the limited liability company.").

With respect to Lexicon, the Proof of Service indicates service upon "Mohammed Sadrul Amin as owner of Lexicon Hospitality LLC," however, as Lexicon was dissolved on October 28, 2022, Mr. Amin has no authority to accept service on behalf of Lexicon, by operation of O.C.G.A. § 14-11-604(b). [Doc. 9, p. 1.].

As to Microtel, the Proof of Service indicates service upon "the individual at 3920 Trammel Drive, Cumming, GA 30041." [*See* Doc. 9, p.1.]. It is not clear who "the individual" is, but even assuming that the unidentified individual is Mr. Amin, once again, O.C.G.A. § 14-11-604(b) divested him of any authority to act on behalf of Microtel upon its dissolution on September 30, 2021, which necessarily includes the authority to accept service of process on behalf of the company.

Because both Lexicon and Microtel have long been dissolved, O.C.G.A. § 14-11-604(b) removes any authority Mr. Amin may have ever had to receive service for the companies. Accordingly, the attempts to serve Lexicon and Microtel through Mr. Amin are ineffective as a matter of law, and Plaintiff has not demonstrated sufficient service of process in accordance with Fed. R. Civ. P. 4(h).

## CONCLUSION

Plaintiff has not served the registered agent of either Lexicon or Microtel, and its attempts to serve the companies through their former owner Mohammed Amin are ineffective because Mr. Amin's authority to act for the companies was terminated by operation of O.C.G.A. § 14-11-604(b) upon the companies' respective dissolutions in 2021 and 2022. In the absence of valid service, Defendants are not subject to jurisdiction before this Court, and accordingly, the Court should grant Defendants' Motion and dismiss this case pursuant to Fed. R. Civ. P. 12(b)(5).

Respectfully submitted this 24th day of August, 2026.

**PETER F. SCHOENTHALER, P.C.**

*/s/ Peter Schoenthaler*
Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
Christopher Rosser, Esq.
Georgia Bar No. 761317
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 229-4114
pfs@schoenthalerlaw.com
crosser@schoenthalerlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 24th day of August, 2026.

**PETER F. SCHOENTHALER, P.C.**

*/s/ Peter Schoenthaler*

Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
pfs@schoenthalerlaw.com
*Attorney for Defendants*

# EXHIBIT A

Control Number : 10068812

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF ADMINISTRATIVE DISSOLUTION/REVOCATION

I, Brad Raffensperger, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**LEXICON HOSPITALITY, LLC**
a **Domestic Limited Liability Company**

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on 10/28/2022 for failure to file its annual registration, failure to maintain a registered agent or registered office in this state, and/or failure to submit payment for a dishonored fee payment or for fees, taxes, or penalties owed.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on 10/28/2022

Brad Raffensperger
Secretary of State

# EXHIBIT B

Control Number : 14118007

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF ADMINISTRATIVE DISSOLUTION/REVOCATION

I, Brad Raffensperger, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Microtel Joe Frank LLC**
a **Domestic Limited Liability Company**

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on 09/30/2021 for failure to file its annual registration, failure to maintain a registered agent or registered office in this state, and/or failure to submit payment for a dishonored fee payment or for fees, taxes, or penalties owed.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 09/30/2021

Brad Raffensperger

Brad Raffensperger
Secretary of State

# EXHIBIT C

GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **LEXICON HOSPITALITY, LLC** | Control Number: | **10068812** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Admin. Dissolved** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **3290 Trammel Road, Cumming, GA, 30041, USA** | Date of Formation / Registration Date: | **9/30/2010** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2021** |
| Dissolved Date: | **10/28/2022** | | |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Evins, Richard F.** |
| Physical Address: | **406 Ridley Avenue, Lagrange, GA, 30240, USA** |
| County: | **Troup** |

Back

Filing History Name History

Return to Business Search


© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

# EXHIBIT D

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Microtel Joe Frank LLC** | Control Number: | **14118007** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Admin. Dissolved** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **3920 Trammel Drive, Cumming, GA, 30041, USA** | Date of Formation / Registration Date: | **12/15/2014** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2020** |
| Dissolved Date: | **09/30/2021** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Richard F. Evins** |
| Physical Address: | **53 Washington Street, Fairburn, GA, 30213, USA** |
| County: | **Fulton** |

Back

Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

**Report a Problem?**