# EXHIBIT C

GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **LEXICON HOSPITALITY, LLC** | Control Number: | **10068812** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Admin. Dissolved** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **3290 Trammel Road, Cumming, GA, 30041, USA** | Date of Formation / Registration Date: | **9/30/2010** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2021** |
| Dissolved Date: | **10/28/2022** | | |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Evins, Richard F.** |
| Physical Address: | **406 Ridley Avenue, Lagrange, GA, 30240, USA** |
| County: | **Troup** |

Back

Filing History Name History

Return to Business Search


© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19