# EXHIBIT D

GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Microtel Joe Frank LLC** | Control Number: | **14118007** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Admin. Dissolved** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **3920 Trammel Drive, Cumming, GA, 30041, USA** | Date of Formation / Registration Date: | **12/15/2014** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2020** |
| Dissolved Date: | **09/30/2021** | | |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Richard F. Evins** |
| Physical Address: | **53 Washington Street, Fairburn, GA, 30213, USA** |
| County: | **Fulton** |

Back

Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

Report a Problem?