**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| FCCI Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | |
| | ) | 4:25-cv-00316-WMR |
| LEXICON HOSPITALITY, LLC and | ) | |
| MICROTEL JOE FRANK, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Defendants Lexicon Hospitality, LLC and Microtel Joe Frank, LLC (collectively "Defendants") respectfully notify this Court that they are withdrawing their Motion to Dismiss, filed on August 24, 2026 [Doc. 11, 11-1, 11-2, 11-3, 11-4]. The Court has not yet ruled on the Motion, and Defendants no longer seek the relief requested therein.

Accordingly, Defendants respectfully request the Court permit Defendants to withdraw their Motion to Dismiss [Doc. 11].

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 3rd day of September, 2026.

**PETER F. SCHOENTHALER, P.C.**

*/s/ Peter Schoenthaler*
Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339
Tel: (404) 592-5397
Fax: (855) 283-8983
pfs@schoenthalerlaw.com
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

**PETER F. SCHOENTHALER, P.C.**

*/s/ Peter Schoenthaler*
Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
pfs@schoenthalerlaw.com
*Attorney for Defendants*